IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANCHIT JAIN,<br>　　　　Plaintiff,<br><br>vs<br><br>CARNEGIE MELLON UNIVERSITY,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 18-1163<br><br>Magistrate Judge Dodge |

## **ORDER**

AND NOW, this 20th day of February 2020, for the reasons set forth in the Memorandum Opinion, it is ORDERED that the motion for summary judgment filed by Defendant Carnegie Mellon University (ECF No. 28) is granted.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PATRICIA L. DODGE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge