IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANCHIT JAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. 18-1163 |
| | ) | |
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 20th day of February, 2020, IT IS HEREBY ORDERED that judgment

is entered in favor of the defendant, Carnegie Mellon University, and against the plaintiff, Sanchit

Jain.

BY THE COURT:

PATRICIA L. DODGE
United States Magistrate Judge