# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| Sanchit Jain, | ) | Civil Action |
| --- | --- | --- |
| **Plaintiff,** | ) | No. 2:18-cv-01163-PLD |
| v. | ) | |
| Carnegie Mellon University | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Sanchit Jain, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on the 20th day of February, 2020.

                                      Respectfully Submitted,

                                      /s/ *Kristen Weidus*
                                      Kristen C. Weidus, Esq.
                                      Attorney I.D. No. 313486
                                      Ruder Law
                                      429 Forbes Avenue, Suite 450
                                      Pittsburgh, PA 15219
                                      Telephone: (412) 281-4959
                                      Fax: (412) 291-1389
                                      Email: kristenweidus@ruderlaw.com

Date: March 20, 2020