UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1637
_____

SANCHIT JAIN,
                            Appellant

v.

CARNEGIE MELLON UNIVERSITY
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2:18-cv-01163)
Magistrate Judge: Patricia L. Dodge

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on January 29, 2021

Before: RESTREPO, BIBAS, and PORTER, *Circuit Judges*

_____

JUDGMENT
_____

    This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted under L.A.R. 34.1(a) on January 29, 2021.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on February 20, 2020, is hereby **AFFIRMED**. Costs shall be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

2

ATTEST:

Dated: March 5, 2021

s/Patricia S Dodszuweit
Clerk

2